RUSSELL ROBINSON, an Infant, by RALPH ROBINSON, His Guardian ad Litem, Appellant, *v.* ELMER SMITH, Respondent.

(Argued June 7, 1933; decided July 11, 1933.)

*E. W. Barrett* for appellant.
*Carl S. Salmon* for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN and O'BRIEN, JJ. Dissenting: KELLOGG and CROUCH, JJ. Not sitting: HUBBS, J.